UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALFRED HILL SMITH,

        Petitioner,

v.                                 Case No: 03-10121-BC
                                     Honorable David M. Lawson

DAVID JAMROG,

        Respondent.

_____/

## ORDER DISMISSING PETITION AS MOOT

On March 20, 2006, the respondent filed a notice indicating the petitioner in this case, Alfred Smith, passed way on July 15, 2004. The respondent also submitted a copy of the death certificate. The death of the petitioner renders a habeas action moot. *See Dove v. United States,* 423 U.S. 325 (1976) (per curiam) (dismissing certiorari petition because petitioner had died). Therefore, this case will be dismissed.

Accordingly, it is **ORDERED** that the petition [dkt # 1] is **DISMISSED AS MOOT**.

                                 s/David M. Lawson
                                 DAVID M. LAWSON
                                 United States District Judge

Dated: July 13, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 13, 2006.

        s/Tracy A. Jacobs
        TRACY A. JACOBS